IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID, DUSTIN NELSON,
and JOHN DOES                                                           PLAINTIFFS

V.                                        No. 5:12-cv-00230-KGB-BD

MEINZER, *et al.*                                                      DEFENDANTS

## ORDER

The Court has received United States Magistrate Judge Beth Deere's Partial

Recommended Disposition ("Recommendation").  After careful review of the

Recommendation, the timely objections received, as well as a *de novo* review of the

record, the Court concludes that the Recommendation should be, and hereby is, approved

and adopted in all respects.

Accordingly, the motion for a preliminary injunction (Dkt. No. 5) is DENIED.

SO ORDERED this the ___13th___ day of August, 2012.


_____
Kristine G. Baker
United States District Judge