IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW REID**                                                                                          **PLAINTIFF**

V.                               No. 5:12-cv-00230 KGB- BD

**MEINZER,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere (Dkt. No. 50). After careful review of the Recommendation, Mr. Reid's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Reid's claims regarding the confiscation of his personal property, the failure of Arkansas Department of Correction ("ADC") employees to protect him while he was housed at the ADC's Cummins Unit, and the denial of his opportunity to participate in vocational programs are all dismissed, without prejudice.

IT IS SO ORDERED this 28th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE