IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW REID**                                                                           **PLAINTIFF**

**v.**                         **No. 5:12-cv-00230 KGB- BD**

**MEINZER,** *et al.*                                                      **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received (Dkt. No. 93), and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendants' motion for partial summary judgment is granted (Dkt. No. 84). Plaintiff Andrew Reid's motion for summary judgment is denied (Dkt. No. 88).

IT IS SO ORDERED this 15th day of October, 2013.

                                                                      */s/ Kristine G. Baker*
                                                                      KRISTINE G. BAKER
                                                                      UNITED STATES DISTRICT JUDGE