**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANDREW REID**                                                                                    **PLAINTIFF**

**v.**                                              **No. 5:12-cv-00230 KGB- BD**

**MEINZER,** *et al.*                                                                          **DEFENDANTS**

<u>**ORDER**</u>

  The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth
Deere has been received (Dkt. No. 93), and no objections to the Recommendation have been
filed.  The Recommendation should be, and hereby is, approved and adopted in all respects.

  Defendants' motion for partial summary judgment is granted (Dkt. No. 84).  Plaintiff
Andrew Reid's motion for summary judgment is denied (Dkt. No. 88).

  IT IS SO ORDERED this 15th day of October, 2013.


                _____
                KRISTINE G. BAKER
                UNITED STATES DISTRICT JUDGE