# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANDREW REID**                                                                                          **PLAINTIFF**

**v.**                        **Case No. 5:12-cv-00230 KGB- BD**

**MEINZER,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received (Dkt. No. 100), and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendants' supplemental motion for summary judgment is granted (Dkt. No. 96). Plaintiff Andrew Reid's remaining claims are dismissed with prejudice.

SO ORDERED this 11th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE