IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDREW REID**                                                                                **PLAINTIFF**

**v.**             **Case No. 5:12-cv-00230 KGB- BD**

**MEINZER,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

SO ORDERED this 11th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE